UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARGARITA DIAZ,

                            Plaintiff,

-v-

RLIF 138TH ST. LLC AND PARALLEL PRODUCTS OF NEW ENGLAND, INC.,

                            Defendants.

24 Civ. 7246 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

       The Court today telephonically held an initial pretrial conference at which all counsel—except Michael Nathan, Esq., counsel for the plaintiff—attended.  Mr. Nathan's unexpected and unexcused absence inconvenienced the Court and counsel and came a week after counsel, including Mr. Nathan, had inconvenienced the Court by seeking an extension of the initial conference, on grounds of lack of preparedness, some 24 hours before that conference was to be held.  The Court directs Mr. Nathan to file on the docket of this case a sworn affidavit accounting for his failure to attend today's conference.  **Mr. Nathan's affidavit is due by 5 p.m. on Friday, November 8, 2024**.  Failure to meet this deadline will result in the Court's ordering Mr. Nathan to appear for an in person conference early next week to account for his disregard of court deadlines.

       SO ORDERED.

                                                 *Paul A. Engelmayer*
                                                 PAUL A. ENGELMAYER
                                                 United States District Judge

Dated:  November 7, 2024
           New York, New York