UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

MARGARITA DIAZ,

                            Plaintiff,                          24-CV-07246 (PAE)(SN)

            -against-                                               **ORDER**

RLIF 138TH STREET LLC, PARALLEL
PRODUCTS OF NEW ENGLAND, INC.,

                            Defendants.

------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

      On November 8, 2024, the Honorable Paul A. Engelmayer assigned this matter to my docket for settlement. By November 15, 2024, the parties are directed to email Courtroom Deputy Diljah Shaw at Diljah_Shaw@nysd.uscourts.gov with three mutually convenient dates to schedule a settlement conference. Due to the Court's busy calendar, settlement conferences must generally be scheduled at least six to eight weeks in advance. The Court will likely be unable to accommodate last-minute requests for settlement conferences, and the parties should not anticipate that litigation deadlines will be adjourned in response to late requests for settlement conferences.

**SO ORDERED.**

                                                              SARAH NETBURN
                                                              United States Magistrate Judge

DATED:     November 8, 2024
               New York, New York