UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARGARITA DIAZ,

                            Plaintiff,

      -v-

RLIF 138TH STREET LLC *et al.*,

                          Defendants.

24 Civ. 7246 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

      In light of the rescheduling of the settlement conference with Magistrate Judge Netburn to May 15, 2025, the Court hereby reschedules the telephonic case management conference from April 22, 2025 to May 20, 2025, at 2:30 p.m. The dial-in information remains the same.

SO ORDERED.

                                                        *Paul A. Engelmayer*
                                               PAUL A. ENGELMAYER
                                               United States District Judge

Dated: March 19, 2025
       New York, New York